IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Grant M. Saxena, <br> Plaintiff, <br><br> vs. <br><br><br> Martinez-Hernandez, et., al, <br> Defendants. | Civil Action No.: 2:22-cv-02126-CDS-BMW <br> Lloyd D George Courthouse <br> 333 S Las Vegas Blvd, Las Vegas, NV 89101 <br><br> 02/28/2023 <br><br><br><br> MOTION FOR ORDER TO ISSUE SUMMONS |

### MOTION FOR ORDER TO ISSUE SUMMONS

    **NOW COMES the Plaintiff,** Dr. Grant M. Saxena, appearing Pro Se and motions the Court for an order directing the Clerk to issue the summons requested in the Civil Action: 1-22-cv-02126CDS-BNW.

    Very Respectfully Submitted,

    /s/ Dr. Grant Saxena

Dr. Grant Mitchell Saxena

Dated this 28th of February 2023

9101 W. Sahara Ave, Ste 105, #1436

Las Vegas, NV 89117

303-941-8772

grant.saxena25@law.ac.uk /s/

## MEMORANDUM OF POINTS AND AUTHORITY

1. On 12/21/2022, Plaintiff filed the cover sheet, complaint, including summons requests, and non-consent to magistrate jurisdiction through lv_public_docketing@nvd.uscourts.gov.

2. On 1/21/2022, the Plaintiff paid the $402.00 filing fee in a money order through USPS certified mail tracking ID: 70220410000158486446.

## LAW

**Rule 4. Summons**

(b) Issuance. On or after filing the complaint, the plaintiff may present a summons to the clerk for signature and seal. If the summons is properly completed, the clerk must sign, seal, and issue it to the plaintiff for service on the defendant. A summons—or a copy of a summons that is addressed to multiple defendants—must be issued for each defendant to be served.

## CONCLUSION

5. Clerk is required to issue the summons.

**PRAYER FOR RELIEF**

6. **WHEREFORE**, Plaintiff requests the Court to grant the motion to order the Clerk to issue the summons pursuant to Fed. R. Civ. P. 4(b).

Very Respectfully Requested,

/s/ Dr. Grant M. Saxena

Doctor Grant Mitchell Saxena

Dated this 28th day of February 2023

Pro Se Litigant

275 New North Road, #2051

London, N1 7AA

303-941-8772

grant.saxena@gmail.com /s/

**ORDER**
**IT IS SO ORDERED**

**DATED:** 1:01 pm, March 01, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**