# EXHIBIT A

{03614133 / 1}

# Laurie Moreno

| | |
|---|---|
| **From:** | Stephanie Bedker |
| **Sent:** | Thursday, December 14, 2023 11:03 AM |
| **To:** | grant.saxena25@law.ac.uk |
| **Cc:** | Laurie Moreno; Michael Edwards |
| **Subject:** | Saxena v. Nye County / Claim No. 3044587 / 17773.103554 / Rule 26(f) Conference and Scheduling Order |
| **Attachments:** | Doc 50 - Order - Saxena - 2023.12.12.pdf |

Mr. Saxena,

Pursuant to the Court's latest order, we are once again reaching out to you to schedule a Rule 26(f) conference and to complete a proposed discovery plan and scheduling order. Please let us know what day and time will work for you for the required Rule 26(f) conference. Further, we renew our prior requests that you provide your personal phone number, as required under the Local Rules, to enable the conference to occur. Once we agree on a date and time, my office staff will circulate a calendar invite for the call.

Thank you,

**Stephanie Bedker**
Attorney at Law
**Freeman Mathis & Gary, LLP**
**770 E Warm Springs Road | Suite 360 | Las Vegas, NV 89119**
**D: 725-258-7331 | C: 702-274-5571**
Stephanie.Bedker@fmglaw.com | LinkedIn | Bio
www.fmglaw.com | Instagram | Twitter | Facebook



AZ | CA | CO | CT | FL | GA | IL | IN | KY | MA | NJ | NM | NV | NY | OH | PA | RI | TN | TX
Please read this important notice and confidentiality statement

1