UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GRANT SAXENA, | Case No. 2:22-cv-02126-CDS-BNW |
| Plaintiff, | |
| v. | **ORDER** |
| JEZRAEL MARTINEZ-HERNANDEZ, *et al.*, | |
| Defendants. | |

Before the Court is a document entitled "Answer and Motion to Stay Magistrate Second Order to Show Cause." ECF No. 59.

The body of Plaintiff's motion deals with a request to extend the date for him to submit his answers to the Courts' orders to show cause. Plaintiff's need for an extension is based on the need to gather the phone records the Court ordered. Plaintiff has provided good cause for the Court to extend the deadline for the submission of the phone records—but there is no good cause to extend the deadline for him to provide substantive answers to the two orders to show cause and submit the remaining documents the Court requested. Thus, Plaintiff is to submit his answers (except for the phone records) by February 9, 2024. The phone records will be due February 14, 2024.

It is worth noting that the bulk of Plaintiff's motion deals with issues that are not relevant to the Court's orders to show cause. To the extent this is not clear to Plaintiff, the reason this Court issued the orders to show cause is because Plaintiff has disobeyed Court orders designed for Plaintiff to have a Rule 26(f) conference with Defendants. As a result, the Court cautions Plaintiff that his answers to the Court' orders to show cause should be responsive to the issue at hand—and not deal with immaterial matters.

Lastly, no legal or factual basis has been provided to stay the orders to show cause. As a result, that request is denied.

1 | IT IS THEREFORE ORDERED that Plaintiff's motion to extend deadlines at ECF No. 59 is GRANTED in part and DENIED in part.

DATED: February 4, 2024.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE