# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

Dr. Grant M. Saxena, Ph.D.

Plaintiff,

vs.

Jezrael Martinez-Hernandez, Jason J. Heaney, David Boruchowitz, Nye County Sheriff Office

Defendants.

Civil Action No.: 2:21-cv-02126-CDS-BMW

Lloyd D George Courthouse

333 S Las Vegas Blvd, Las Vegas, NV 89101

2/26/2024

**Notice of Address Update**

Plaintiff respectfully submits a notice of an address update.

Dr. Grant M. Saxena, Ph.D.

275 New North Road , #2051

London, N1 7AA

United Kingdom

Phone: +1-303-941-8772

Email: grantsaxenalegal@gmail.com

Very Respectfully Submitted,

/s/ Dr. Grant M. Saxena, Ph.D.

2/26/2024