UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Grant Saxena,<br><br>　　　　Plaintiff<br><br>　v.<br><br>Jezrael Martinez-Hernandez, et al.,<br><br>　　　　Defendants | Case No. 2:22-cv-02126-CDS-BNW<br><br>**Order Striking Notice**<br><br>[ECF No. 81] |

Defendants David Boruchowitz, Jason J. Heaney, Jezrael Martinez-Hernandez, and Nye County Sheriff's Office filed a notice of entry of order. ECF No. 81. In federal court, notice of an order is provided to case participants through the court's electronic filing system. A separate filing is not required to provide notice of issued orders. Thus, the Clerk of Court is kindly instructed to STRIKE defendants' notice [ECF No. 81].

Dated: March 13, 2024

_____
Cristina D. Silva
United States District Judge