UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Grant Saxena,

    Plaintiff

 v.

Jezrael Martinez-Hernandez, et al.,

    Defendants

Case No. 2:22-cv-02126-CDS-BNW

**Order**

On July 13, 2023, plaintiff Grant Saxena moved for an extension of time to file an amended complaint "establishing federal jurisdiction." *See generally* ECF No. 21. On February 21, 2024, I granted Saxena's request for leave to file an amended complaint to cure the jurisdictional defect in the original complaint. Order, ECF No. 71. Saxena had until March 6, 2024 to do so. *Id.*

On March 8, 2024, having found that Saxena neither filed an amended complaint (timely or otherwise) nor announced an intent not to do so, I dismissed this action. ECF No. 78. A review of the court's docket reveals that the court received Saxena's motion for leave to amend alongside a proposed amended complaint on March 6, 2024, but the amended complaint was not docketed until after the court issued its dismissal order.[1]

Accordingly, the court will review Saxena's motion for leave and the proposed amended complaint (ECF No. 79) in the normal course. Neither party shall file any further pleadings in this case until further order of the court.

Dated: March 15, 2024

                                                      _____
                                                      Cristina D. Silva
                                                      United States District Judge

---

[1] Unbeknownst to the court, Saxena had emailed his proposed amended complaint to the Clerk's Office on March 6, 2024. ECF No. 79. Due to an unusually long processing time, it was not docketed until March 11, 2024. *Id.*