AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Grant Saxena

                     Plaintiff,

v.

Martinez-Hernandez et al

                     Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:22-cv-02126-CDS-BNW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT is entered in favor of Defendants Jezrael Martinez-Hernandez, Jason J Heaney, David Boruchowitz, NYE County District Attorney Office and against Plaintiff Grant Saxena. Case dismissed with prejudice.

2/18/2025  
Date

DEBRA K. KEMPI  
Clerk

/s/ MAM  
Deputy Clerk